**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Meredith A. Eaton<br>&<br>Rocky J. Eaton<br><br>     Debtors | CHAPTER 13<br><br>BKY. NO. 18-22766 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

              Respectfully submitted,

              **/s/James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              Attorney I.D. No. 42524
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              412-430-3594
              jwarmbrodt@kmllawgroup.com