**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 18-22766-CMB |
| Rocky J Eaton and | : |  |
| Meredith A Eaton, | : |  |
| Debtors/Movants, | : | Chapter 13 |
|  | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Clients Name:**        **Rocky J Eaton and Meredith A Eaton**
**Incorrect Address:**   **958 Leesburg Station Road Volant, PA 16156**

**Correct Address:**     **614 Princeton Street Grove City, PA 16127**

                                                    Respectfully Submitted,

Date: <u>August 6, 2019</u>                          /s/ Daniel P. Foster, Esquire
                                                    Daniel P. Foster, Esquire
                                                    PA I.D. #92376
                                                    FOSTER LAW OFFICES
                                                    PO Box 966
                                                    Meadville, PA 16335
                                                    Tel: 814.724.1165
                                                    Fax: 814.724.1158
                                                    Dan@MrDebtBuster.com
                                                    Attorney for Debtors