**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/15/2019

IN RE:

ROCKY J EATON
MEREDITH A EATON
614 PRINCETON STREET
GROVE CITY, PA 16127
XXX-XX-9856         Debtor(s)

XXX-XX-4123

Case No. 18-22766 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/15/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JCP CARD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8061 |
| **JEROME BLANK ESQ**<br>PHELAN HALLINAN ET AL<br>OMNI WILLIAM PENN OFC TOWER<br>555 GRANT STE STE 300<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br><br>CLAIM:  0.00<br>COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br><br>OMAHA, NE  68197-3106 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  CL @ 1325.87 W/DRAWN-DOC 11 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6801 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:4   INT %:  5.75%<br>Court Claim Number:2<br><br>CLAIM:  8,579.33<br>COMMENT:  $CL2GOV@5.75%/PL*910CL/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7572 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br><br><br>DALLAS, TX  75266-0366 | Trustee Claim Number:5   INT %:  4.25%<br>Court Claim Number:3<br><br>CLAIM:  27,145.24<br>COMMENT:  $CL3GOV@4.25%/PL*910CL/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3134 |
| **US BANK NA - TRUSTEE**<br>C/O PHH MORTGAGE CORP(*)<br>ONE MORTGAGE WAY - MAILSTOP: SBRP<br><br>MT LAUREL, NJ  08054 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  0.00<br>COMMENT:  SURR@PHH MTG/PL*CL=70884.06 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  1799 |
| **PNC MORTGAGE**<br>PO BOX 8703<br><br><br>DAYTON, OH  45401 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:NC<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*2ND/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  2707 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  2,535.01<br>COMMENT:  CL8GOV*2490@0%/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9856 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  82,981.98<br>COMMENT:  0019/SCH*FR PHEAA/SUNTRUST-DOC 36 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9856 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  2,675.45<br>COMMENT:  BARCLAYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0828 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 1,282.20<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9289 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 2,821.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5468 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,739.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5058 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,726.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3707 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 638.23<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2230 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 179.29<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9006 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6947 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7256 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BUTLER PATHOLOGY SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6T9L |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GIANT EAGLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8939 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~LANE BRYANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7681 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  1,144.43<br>COMMENT:  NY AND CO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0692 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~PEEBLES/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8191 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~VCTR SCRT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8484 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  248.85<br>COMMENT:  WOMAN WITHIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3937 |
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~HSN/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3005 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  1,158.73<br>COMMENT:  MACY'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9510 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:35-2<br>CLAIM:  140,004.76<br>COMMENT:  0002/SCH*GU BAR TIMELY*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4123 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0004 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA 17106 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA 17106 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE 68197-3106 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,615.70<br>COMMENT: 8190/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3457 |
| **KAY JEWELERS**<br>POB 1799<br><br>AKRON, OH 44309-1799 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5075 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 1,949.54<br>COMMENT: KOHL'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7384 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 318.29<br>COMMENT: KOHL'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3962 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 5,117.02<br>COMMENT: 4320/SCH*SYNCHRONY/AMAZON | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1077 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,817.42<br>COMMENT: 3537/SCH*SYNCHRONY/QVC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5133 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,152.21<br>COMMENT: 8365/SCH*SYNCHRONY/SYNCHRONY HOME | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1621 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 4,819.08<br>COMMENT: SYNCHRONY/LOWE'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6958 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 2,668.36<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5290 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 1,468.10<br>COMMENT: SEARS | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 7801 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 31-2<br>CLAIM: 3,464.66<br>COMMENT: JCP/SCH\*SYNCHORNY\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8061 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0754 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1452 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6571 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8667 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9329 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0057 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 733.62<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9473 |

CLAIM RECORDS  Case 18-22766-CMB    Doc 40    Filed 10/15/19    Entered 10/15/19 15:18:24    Desc
Page 8 of 8

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br>CINCINNATI, OH  45202 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9054 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  12,869.76<br>COMMENT:  8581/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9856 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  2,912.95<br>COMMENT:  618557269*3937~DILLARD/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7269 |
| **BUTLER PATHOLOGY SVCS**<br>POB 1549<br>BUTLER, PA  16003 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  1,989.11<br>COMMENT:  ACCT NT/SCH*CITIBANK/BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7462 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,656.34<br>COMMENT:  ACCT NT/SCH*CAP ONE/DRESS BARN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0109 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGENT**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  297.78<br>COMMENT:  NT/SCH*ACCT OPEN 11/16/05*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT-CREDIT CORP S**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  2,514.48<br>COMMENT:  NT/SCH*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9052 |
| **PENN POWER***<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:34<br>CLAIM:  205.32<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4734 |