IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22766-CMB |
| | : | |
| Rocky J. Eaton and, | : | CHAPTER 13 |
| Meredith A. Eaton, | : | |
|     Debtors, | : | |
| _____ : | | MOTION NO.: WO - 1 |
| Meredith A. Eaton, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 41 |
| | : | |
| vs. | : | |
| | : | |
| VXI Global Solutions, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx-4123 | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

**IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with VXI Global Solutions, 220 West 1ˢᵗ Street, Suite 300, Los Angeles, CA, 90012, is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS __4th__ day of __August__, 2020

FILED
8/4/20 4:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-22766-CMB
Rocky J Eaton                                                         Chapter 13
Meredith A Eaton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr            Page 1 of 1            Date Rcvd: Aug 04, 2020
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
jdb          +Meredith A Eaton,   614 Princeton Street,   Grove City, PA 16127-1818
             +VXI Global Solutions,   220 West 1st Street,   Suite 300,   Los Angeles, CA 90012-4105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Meredith A Eaton dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
              .com
              Daniel P. Foster    on behalf of Debtor Rocky J Eaton dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
              .com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    US BANK N.A. AS TRUSTEE ET. AL. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6