**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22766-CMB |
| | : | |
| Rocky J Eaton and | : | CHAPTER 13 |
| Meredith A Eaton, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Meredith A Eaton, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 53 |
| | : | |
|     vs. | : | |
| | : | |
| Amazon Services, LLC, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>January 24, 2022</u>

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**AMAZON SERVICES, LLC**
**P.O. BOX 80726**
**SEATTLE, WA 98108**