**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 18-22766-CMB |
| | : | |
| Rocky J Eaton, and | : | |
| Meredith A Eaton, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Rocky J Eaton, and | : | |
| Meredith A Eaton | : | Docket No.:56 |
| Movants | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
614 Princeton Street
Grove City, PA 16127

Movant(s) Correct Address:
230 Cranberry Road
Grove City, PA 16127

Respectfully Submitted,

Date:  July 12, 2023

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor