**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-22766-CMB |
| | : | |
| Rocky J. Eaton and, | : | CHAPTER 13 |
| Meredith A. Eaton, | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| Meredith A. Eaton, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 58 |
| | : | |
| vs. | : | |
| | : | |
| Amazon Services, LLC, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx-4123 | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: August 23, 2023                By: /s/ Kristen N. Dennis
                                            Kristen N. Dennis, PARALEGAL
                                            FOSTER LAW OFFICES
                                            1210 Park Avenue
                                            Meadville, PA 16335
                                            Tel 814.724.1165
                                            Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**AMAZON SERVICES, LLC**
**P.O. BOX 80726**
**SEATTLE, WA 98108**