UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROCKY J EATON<br>MEREDITH A EATON<br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>         vs.<br>ROCKY J EATON<br>MEREDITH A EATON<br><br>       Respondents | Case No.18-22766CMB<br><br>Chapter 13<br><br>Document No.  57 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

    AND NOW, this  22nd    day of  August , 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Amazon
Attn: Payroll Manager
207 Boren Ave N
Seattle,WA 98109

is hereby ordered to immediately terminate the attachment of the wages of MEREDITH A EATON, social security number XXX-XX-4123. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MEREDITH A EATON.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_Carlota M. Böhm_
                                            **dmr**
UNITED STATES BANKRUPTCY JUDGE

FILED
8/22/23 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22766-CMB |
| Rocky J Eaton | Chapter 13 |
| Meredith A Eaton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rocky J Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| jdb | + | Meredith A Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Meredith A Eaton dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Rocky J Eaton dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 2

Jerome B. Blank
    on behalf of Creditor US BANK N.A. AS TRUSTEE ET. AL. jblank@pincuslaw.com  brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6