Certificate Number: 03088-PAW-DE-037754462

Bankruptcy Case Number: 18-22766



03088-PAW-DE-037754462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2023, at 4:41 o'clock PM CDT, Rocky J Eaton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 11, 2023               By:    /s/Doug Tonne

                                         Name:  Doug Tonne

                                         Title: Counselor