Certificate Number: 03088-PAW-DE-037754461

Bankruptcy Case Number: 18-22766



03088-PAW-DE-037754461

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2023, at 4:41 o'clock PM CDT, Meredith A Eaton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 11, 2023             By:   /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title:  Counselor