**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROCKY J EATON <br> MEREDITH A EATON <br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-22766 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/09/2018 and confirmed on 9/27/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 167,025.20 |
| Less Refunds to Debtor | 1,196.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 165,828.56 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 7,791.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,791.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1799 | | | | |
|   PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2707 | | | | |
|   ALLY BANK(*) | 8,579.33 | 8,579.33 | 1,325.18 | 9,904.51 |
|     Acct: 7572 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 27,145.24 | 27,145.24 | 3,064.55 | 30,209.79 |
|     Acct: 3134 | | | | |
| | | | | 40,114.30 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROCKY J EATON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROCKY J EATON | 1,196.64 | 1,196.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 2,535.01 | 2,535.01 | 0.00 | 2,535.01 |
|     Acct: 9856 | | | | |
| | | | | 2,535.01 |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6801 | | | | |
|   ECMC(*) | 82,981.98 | 32,303.76 | 0.00 | 32,303.76 |
|     Acct: 9856 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,675.45 | 1,041.52 | 0.00 | 1,041.52 |
|     Acct: 0828 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,282.20 | 499.15 | 0.00 | 499.15 |
|     Acct: 9289 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,821.53 | 1,098.38 | 0.00 | 1,098.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5468 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,739.68 | 1,066.52 | 0.00 | 1,066.52 |
| Acct: 5058 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,726.34 | 1,061.33 | 0.00 | 1,061.33 |
| Acct: 3707 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 638.23 | 248.46 | 0.00 | 248.46 |
| Acct: 2230 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 179.29 | 69.80 | 0.00 | 69.80 |
| Acct: 9006 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6947 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7256 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6T9L | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8939 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7681 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,144.43 | 445.52 | 0.00 | 445.52 |
| Acct: 0692 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8191 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8484 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 248.85 | 96.87 | 0.00 | 96.87 |
| Acct: 3937 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3005 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,158.73 | 451.08 | 0.00 | 451.08 |
| Acct: 9510 | | | | |
| US DEPARTMENT OF EDUCATION | 140,004.76 | 54,501.97 | 0.00 | 54,501.97 |
| Acct: 4123 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 2,615.70 | 1,018.26 | 0.00 | 1,018.26 |
| Acct: 3457 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5075 | | | | |
| CAPITAL ONE NA** | 1,949.54 | 758.93 | 0.00 | 758.93 |
| Acct: 7384 | | | | |
| CAPITAL ONE NA** | 318.29 | 123.91 | 0.00 | 123.91 |
| Acct: 3962 | | | | |
| MIDLAND FUNDING LLC | 5,117.02 | 1,991.98 | 0.00 | 1,991.98 |
| Acct: 1077 | | | | |
| MIDLAND FUNDING LLC | 3,817.42 | 1,486.07 | 0.00 | 1,486.07 |
| Acct: 5133 | | | | |
| MIDLAND FUNDING LLC | 2,152.21 | 837.82 | 0.00 | 837.82 |
| Acct: 1621 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,819.08 | 1,876.00 | 0.00 | 1,876.00 |
| Acct: 6958 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,668.36 | 1,038.76 | 0.00 | 1,038.76 |
| Acct: 5290 | | | | |
| ECAST SETTLEMENT CORP | 3,464.66 | 1,348.75 | 0.00 | 1,348.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8061 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0754 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1452 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6571 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8667 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9329 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0057 | | | | |
|   TD BANK USA NA** | 733.62 | 285.59 | 0.00 | 285.59 |
| Acct: 9473 | | | | |
|   US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9054 | | | | |
|   US DEPARTMENT OF EDUCATION | 12,869.76 | 5,010.03 | 0.00 | 5,010.03 |
| Acct: 9856 | | | | |
|   WELLS FARGO BANK NA | 2,912.95 | 1,133.97 | 0.00 | 1,133.97 |
| Acct: 7269 | | | | |
|   MIDLAND FUNDING LLC | 1,989.11 | 774.33 | 0.00 | 774.33 |
| Acct: 7462 | | | | |
|   MIDLAND FUNDING LLC | 1,656.34 | 644.79 | 0.00 | 644.79 |
| Acct: 0109 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 297.78 | 115.92 | 0.00 | 115.92 |
| Acct: 0001 | | | | |
|   QUANTUM3 GROUP LLC AGNT-CREDIT C | 2,514.48 | 978.85 | 0.00 | 978.85 |
| Acct: 9052 | | | | |
|   PENN POWER* | 205.32 | 79.93 | 0.00 | 79.93 |
| Acct: 4734 | | | | |
|   CITIBANK NA** | 1,468.10 | 0.00 | 0.00 | 0.00 |
| Acct: 7801 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8061 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BUTLER PATHOLOGY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 112,388.25 |

TOTAL PAID TO CREDITORS                                                                           155,037.56

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 2,535.01 |
| SECURED | 35,724.57 |
| UNSECURED | 290,171.21 |

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  ROCKY J EATON
  MEREDITH A EATON
          Debtor(s)

  Ronda J. Winnecour
          Movant
            vs.
  No Repondents.

Case No.:18-22766

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rocky J Eaton  
Meredith A Eaton  
    Debtors

Case No. 18-22766-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 26, 2023      Form ID: pdf900      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rocky J Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| jdb | + | Meredith A Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| 14878359 | | Butler Pathology Services, 911 East Brady Street, Butler, PA 16001 |
| 14878373 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14878376 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14892122 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14969796 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14914014 | + | US BANK N.A., et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2023 05:56:12 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: collecadminbankruptcy@fnni.com | Sep 27 2023 05:52:00 | First National Bank of Omaha, 1620 Dodge Street, Stop 3105, Omaha, NE 68197 |
| 14878356 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | Aes / Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14880213 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14878357 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878358 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2023 05:52:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14878360 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 06:06:37 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878362 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2023 05:51:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14904353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:55:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14912811 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:06:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14916745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:06:41 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878363 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2023 05:53:00 | Collection Service Center, 839 5th Avenue, New |

Case 18-22766-CMB    Doc 66    Filed 09/28/23    Entered 09/29/23 00:29:23    Desc Imaged
                              Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Kensington, PA 15068-6303 |
| 14878364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Bank / Giant Eagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14878365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14878366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Bank / New York & Company, Po Box 182789, Columbus, OH 43218-2789 |
| 14878367 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14878368 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Bank / Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14878369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 14878370 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Capital Bank / HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14878371 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2023 05:52:00 | | Comenity Capital Bank / Premier Design, Po Box 182120, Columbus, OH 43218-2120 |
| 14878372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Sep 27 2023 05:55:46 | | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14905649 | | Email/Text: bnc-quantum@quantum3group.com Sep 27 2023 05:52:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15061153 | | Email/Text: ECMCBKNotices@ecmc.org Sep 27 2023 05:52:00 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14884642 | | Email/Text: collecadminbankruptcy@fnni.com Sep 27 2023 05:52:00 | | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14878374 | | Email/Text: collecadminbankruptcy@fnni.com Sep 27 2023 05:52:00 | | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 14892120 | | Email/Text: sbse.cio.bnc.mail@irs.gov Sep 27 2023 05:52:00 | | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14878361 | | Email/PDF: ais.chase.ebn@aisinfo.com Sep 27 2023 06:06:37 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878375 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Sep 27 2023 05:53:00 | | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14901473 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 27 2023 05:53:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878377 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 27 2023 05:53:00 | | Midland Funding LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2710 |
| 14878378 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Sep 27 2023 05:52:00 | | Nissan Motor Acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 14880929 | | Email/Text: NissanBKNotices@nationalbankruptcy.com Sep 27 2023 05:52:00 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14890231 | + | Email/Text: bncnotifications@pheaa.org Sep 27 2023 05:52:00 | | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14878380 | | Email/Text: Bankruptcy.Notices@pnc.com Sep 27 2023 05:51:00 | | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878381 | | Email/Text: Bankruptcy.Notices@pnc.com Sep 27 2023 05:51:00 | | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14912965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2023 05:56:20 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14879116 | + | Email/PDF: rmscedi@recoverycorp.com Sep 27 2023 05:56:13 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14924461 | + | Email/Text: bankruptcy@firstenergycorp.com Sep 27 2023 05:53:00 | | Penn Power, 5001 NASA Boulevard, Fairmont, |

Case 18-22766-CMB   Doc 66   Filed 09/28/23   Entered 09/29/23 00:29:23   Desc Imaged
Certificate of Notice   Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WV 26554-8248 |
| 14878379 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 27 2023 05:51:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14878382 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:06:40 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14912147 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14879796 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14878383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:56:14 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14878384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:15 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14878385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:39 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14878386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:37 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878387 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:15 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14878388 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:38 | Syncb / QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14878389 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:42 | Syncb / Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14878390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:15 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14878391 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:45 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878392 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:50 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14878393 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:40 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14916711 | + | Email/Text: bncmail@w-legal.com | Sep 27 2023 05:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14878394 | + | Email/Text: bncmail@w-legal.com | Sep 27 2023 05:52:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14897490 | | Email/Text: electronicbkydocs@nelnet.net | Sep 27 2023 05:53:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15623958 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 27 2023 05:53:00 | UNITED STATES DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH STREET, LINCOLN NE 68508-1904 |
| 14878395 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 27 2023 05:53:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 15566949 | + | Email/Text: EBN@edfinancial.com | Sep 27 2023 05:52:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14878396 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 27 2023 05:53:00 | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14912241 | | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2023 06:06:43 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14878397 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 26, 2023 | | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | Sep 27 2023 06:06:46 | Wells Fargo / Dillard, Po Box 14517, Des Moines, IA 50306-3517 | |
| 14892268 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2023 05:56:16 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |
| 14916402 | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:06:49 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 | |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | US BANK N.A. AS TRUSTEE ET. AL. |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892119 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14892121 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Meredith A Eaton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Rocky J Eaton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor US BANK N.A. AS TRUSTEE ET. AL. jblank@pincuslaw.com  brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6