**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 18-22766-CMB |
| Rocky J Eaton and, | : | |
| Meredith A Eaton, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 67 |
| | : | |
| Phelan Hallinan Diamond & Jones LLP, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Phelan Hallinan Diamond & Jones LLP**
**Incorrect Address:**  **1617 JFK Boulevard Suite 1400 Philadelphia, PA 19103-1814**
**Correct Address:**    **1400 One Penn Center Philadelphia, PA 19103-1814**

Respectfully Submitted,

Date:  October 16, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors