**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rocky J Eaton <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9856 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Meredith A Eaton <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4123 <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–22766–CMB | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rocky J Eaton                    Meredith A Eaton

<u>11/17/23</u>                    **By the court:** <u>Carlota M Bohm</u>
                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rocky J Eaton  
Meredith A Eaton  
    Debtors

Case No. 18-22766-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Nov 17, 2023      Form ID: 3180W      Total Noticed: 74

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rocky J Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| jdb | + | Meredith A Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| 14878359 | | Butler Pathology Services, 911 East Brady Street, Butler, PA 16001 |
| 14878373 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14878376 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14892122 | | Phelan Hallinan Diamond & Jones LLP, 1400 One Penn Center, Philadelphia, PA 19103-1814 |
| 14969796 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14914014 | + | US BANK N.A., et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 18 2023 04:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 18 2023 04:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Nov 18 2023 04:00:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2023 23:08:00 | First National Bank of Omaha, 1620 Dodge Street, Stop 3105, Omaha, NE 68197 |
| 14878356 | + | Email/Text: bncnotifications@pheaa.org | Nov 17 2023 23:08:00 | Aes / Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14880213 | | EDI: GMACFS.COM | Nov 18 2023 04:00:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14878357 | + | EDI: GMACFS.COM | Nov 18 2023 04:00:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878358 | + | EDI: TSYS2 | Nov 18 2023 04:00:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |

Case 18-22766-CMB    Doc 70    Filed 11/19/23    Entered 11/20/23 00:27:28    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 3180W | Total Noticed: 74 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14878360 | EDI: CAPITALONE.COM | Nov 18 2023 04:00:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878362 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:07:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14904353 | EDI: CAPITALONE.COM | Nov 18 2023 04:00:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14912811 | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14916745 | + EDI: CITICORP.COM | Nov 18 2023 04:00:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878363 | + Email/Text: bankruptcy@firstenergycorp.com | Nov 17 2023 23:08:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14878364 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Bank / Giant Eagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14878365 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14878366 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Bank / New York & Company, Po Box 182789, Columbus, OH 43218-2789 |
| 14878367 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14878368 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Bank / Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14878369 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 14878370 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Capital Bank / HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14878371 | + EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenity Capital Bank / Premier Design, Po Box 182120, Columbus, OH 43218-2120 |
| 14878372 | EDI: CITICORP.COM | Nov 18 2023 04:00:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14905649 | EDI: Q3G.COM | Nov 18 2023 04:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15061153 | Email/Text: ECMCBKNotices@ecmc.org | Nov 17 2023 23:08:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14884642 | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2023 23:08:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14878374 | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2023 23:08:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 14892120 | EDI: IRS.COM | Nov 18 2023 04:00:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14878361 | EDI: JPMORGANCHASE | Nov 18 2023 04:00:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878375 | + EDI: PHINGENESIS | Nov 18 2023 04:00:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14901473 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878377 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | Midland Funding LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2710 |
| 14878378 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 17 2023 23:07:00 | Nissan Motor Acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 14880929 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 17 2023 23:07:00 | Nissan Motor Acceptance, POB 660366, Dallas, |

Case 18-22766-CMB   Doc 70   Filed 11/19/23   Entered 11/20/23 00:27:28   Desc Imaged
                        Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 3180W | Total Noticed: 74 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | TX 75266-0366 |
| 14890231 | + Email/Text: bncnotifications@pheaa.org | Nov 17 2023 23:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14878380 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878381 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14912965 | EDI: PRA.COM | Nov 18 2023 04:00:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14879116 | + EDI: RECOVERYCORP.COM | Nov 18 2023 04:00:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14924461 | + Email/Text: bankruptcy@firstenergycorp.com | Nov 17 2023 23:08:00 | Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 14878379 | + EDI: LCIPHHMRGT | Nov 18 2023 04:00:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14878382 | + EDI: PRA.COM | Nov 18 2023 04:00:00 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14912147 | EDI: Q3G.COM | Nov 18 2023 04:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14879796 | EDI: Q3G.COM | Nov 18 2023 04:00:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14878383 | + EDI: CITICORP.COM | Nov 18 2023 04:00:00 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14878384 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14878385 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14878386 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878387 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14878388 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14878389 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14878390 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14878391 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878392 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14878393 | + EDI: RMSC.COM | Nov 18 2023 04:00:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14916711 | + Email/Text: bncmail@w-legal.com | Nov 17 2023 23:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14878394 | + EDI: WTRRNBANK.COM | Nov 18 2023 04:00:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14897490 | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 3180W | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 15623958 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | UNITED STATES DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH STREET, LINCOLN NE 68508-1904 |
| 14878395 | | EDI: USBANKARS.COM | Nov 18 2023 04:00:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 15566949 | + | Email/Text: EBN@edfinancial.com | Nov 17 2023 23:07:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14878396 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14912241 | | EDI: AIS.COM | Nov 18 2023 04:00:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14878397 | + | EDI: WFFC2 | Nov 18 2023 04:00:00 | Wells Fargo / Dillard, Po Box 14517, Des Moines, IA 50306-3517 |
| 14892268 | | EDI: WFFC2 | Nov 18 2023 04:00:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14916402 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:24 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | US BANK N.A. AS TRUSTEE ET. AL. |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892119 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14892121 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Meredith A Eaton dan@mrdebtbuster.com |

District/off: 0315-2     User: auto     Page 5 of 5

Date Rcvd: Nov 17, 2023     Form ID: 3180W     Total Noticed: 74

katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor Rocky J Eaton dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
on behalf of Creditor US BANK N.A. AS TRUSTEE ET. AL. jblank@pincuslaw.com brausch@pincuslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6