IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROCKY J EATON
MEREDITH A EATON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22766

Chapter 13

Document No.: 64

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ____17th_____day of ___November__, 2023__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/17/23 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   dmr
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22766-CMB
Rocky J Eaton  Chapter 13
Meredith A Eaton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Nov 17, 2023    Form ID: pdf900    Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rocky J Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| jdb | + | Meredith A Eaton, 230 Cranberry Road, Grove City, PA 16127-4632 |
| 14878359 | | Butler Pathology Services, 911 East Brady Street, Butler, PA 16001 |
| 14878373 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14878376 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14892122 | | Phelan Hallinan Diamond & Jones LLP, 1400 One Penn Center, Philadelphia, PA 19103-1814 |
| 14969796 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14914014 | + | US BANK N.A., et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2023 23:07:06 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2023 23:08:00 | First National Bank of Omaha, 1620 Dodge Street, Stop 3105, Omaha, NE 68197 |
| 14878356 | + | Email/Text: bncnotifications@pheaa.org | Nov 17 2023 23:08:00 | Aes / Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14880213 | | Email/Text: ally@ebn.phinsolutions.com | Nov 17 2023 23:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14878357 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 17 2023 23:07:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14878358 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2023 23:08:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14878360 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:07:01 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14878362 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2023 23:07:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14904353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:17:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14912811 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14916745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:17:35 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14878363 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 17 2023 23:08:00 | Collection Service Center, 839 5th Avenue, New |

Case 18-22766-CMB   Doc 71   Filed 11/19/23   Entered 11/20/23 00:27:28   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Kensington, PA 15068-6303 |
| 14878364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Bank / Giant Eagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14878365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14878366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Bank / New York & Company, Po Box 182789, Columbus, OH 43218-2789 |
| 14878367 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Bank / Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14878368 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Bank / Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14878369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 14878370 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Capital Bank / HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14878371 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenity Capital Bank / Premier Design, Po Box 182120, Columbus, OH 43218-2120 |
| 14878372 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:17:33 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14905649 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 23:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15061153 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 17 2023 23:08:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14884642 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2023 23:08:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14878374 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2023 23:08:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 14892120 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2023 23:08:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14878361 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 17 2023 23:17:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878375 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 17 2023 23:08:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14901473 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878377 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | Midland Funding LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2710 |
| 14878378 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 17 2023 23:07:00 | Nissan Motor Acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 14880929 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 17 2023 23:07:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14890231 | + | Email/Text: bncnotifications@pheaa.org | Nov 17 2023 23:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14878380 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14878381 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14912965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:07:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14879116 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2023 23:05:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14924461 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 17 2023 23:08:00 | Penn Power, 5001 NASA Boulevard, Fairmont, |

Case 18-22766-CMB   Doc 71   Filed 11/19/23   Entered 11/20/23 00:27:28   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | WV 26554-8248 |
| 14878379 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 17 2023 23:07:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14878382 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:07:04 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14912147 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 23:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14879796 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 23:08:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14878383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:17:38 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14878384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:38 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14878385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:30 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14878386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:07:04 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14878387 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:22 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14878388 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:22 | Syncb / QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14878389 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:07:03 | Syncb / Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14878390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:07:03 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14878391 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:06:40 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14878392 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:30 | Syncb Home, Po Box 965036, Orlando, FL 32896-5036 |
| 14878393 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:37 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14916711 | + | Email/Text: bncmail@w-legal.com | Nov 17 2023 23:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14878394 | + | Email/Text: bncmail@w-legal.com | Nov 17 2023 23:08:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14897490 | | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15623958 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | UNITED STATES DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH STREET, LINCOLN NE 68508-1904 |
| 14878395 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 17 2023 23:08:00 | Us Bank, 4325 17th Avenue South, Fargo, ND 58125 |
| 15566949 | + | Email/Text: EBN@edfinancial.com | Nov 17 2023 23:07:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14878396 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14912241 | | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 23:17:22 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14878397 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| | | | Nov 17 2023 23:17:30 | Wells Fargo / Dillard, Po Box 14517, Des Moines, IA 50306-3517 |
|---|---|---|---|---|
| 14892268 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 17 2023 23:17:20 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14916402 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:23 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | US BANK N.A. AS TRUSTEE ET. AL. |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892119 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14892121 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Meredith A Eaton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Rocky J Eaton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor US BANK N.A. AS TRUSTEE ET. AL. jblank@pincuslaw.com brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6